**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) **Case No. 6:17-cr-187-Orl-37TBS** |
| | ) |
| **JAMES MOORE, et al.** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT MOORE'S UNOPPOSED MOTION FOR LEAVE TO FILE A**
**REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION TO DISMISS**

Defendant James Moore, by and through counsel, respectfully moves this Court for leave to file a reply, not to exceed five pages, to the Government's Response to Defendant's Motion to Dismiss (Doc. 167). In support of this request, Mr. Moore states as follows:

1.      Under the Local Rules for the Middle District of Florida, "[n]o party shall file any reply" to an opponent's response to a motion "unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). The Court has "almost complete discretion" to permit the filing of a reply. *See Mock v. Bell Helicopter v. Textron, Inc.*, 456 Fed. Appx. 799, 803 (11th Cir. 2012) (citation omitted). In evaluating a party's request for leave, the Court considers whether "a valid reason for such additional briefing exists, such as where the movant raises new arguments." *Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005). Mr. Moore filed his Motion to Dismiss (Doc. 158) on October 5, 2017. Additional briefing is necessary to raise new arguments and address subsequent developments favoring dismissal of the indictment.

2.      On October 13, 2017, the Government filed a Motion to Continue Trial (Doc. 158). On October 18, 2017, Defendant Eric Johnson filed a response (Doc. 164). In the response, counsel for Mr. Johnson identified the discovery produced by the Government to date, noting that he received a significant amount of discovery material on March 17, 2017. Mr. Moore was previously unaware that the Government had produced this additional discovery to Mr. Johnson.

3.      Counsel for Mr. Moore consulted with counsel for Mr. Johnson and determined that the production included a substantial portion of the material discovery. Specifically, Mr. Johnson received a drive containing 31 file folders with numerous witness statements, including that of Cecilia Boerenko, the government's primary cooperating witness. The files were produced in native format and sorted by witness name into numbered folders. For example, the first folder is titled "W4 – Boerenko." These materials were withheld from every other defendant until this Court ordered the Government to produce them in late-September when, in compliance with this Court's order, the Government produced 77 similarly-numbered file folders. That production included the 31 file folders that were produced to Mr. Johnson in March.

4.      This revelation raises serious questions about the availability of the material discovery over the past seven months and the Government's explanations to defense counsel regarding the status of discovery, its whereabouts, and the cause for delay. Mr. Moore's reply will address this new information, which is material to the Fifth and Sixth Amendment issues raised in his Motion to Dismiss.

5.      Further, on October 17, 2017, Mr. Moore responded joining the Government's Motion for Continuance (Doc. 163), which was granted at the October 19, 2017 status conference. Although the continuance affords Mr. Moore additional time to prepare for trial, it does not, as a matter of fact, and cannot, as a matter of law, remedy the prejudice suffered by Mr. Moore as a result of the Government's conduct in this case. Mr. Moore's reply will address this prejudice in light of the recent continuance.

6.      Mr. Moore has conferred with counsel for the Government, AUSA Scott Rask, who does not oppose this motion.

WHEREFORE, Defendant James Moore respectfully requests that the Court grant the requested relief and permit Mr. Moore to file a Reply to the Government's Response to his Motion to Dismiss.

Dated: October 26, 2017                        Respectfully submitted,

**GRAVES GARRETT LLC**

By: _____ */s/ Kathleen A. Fisher* _____
Nathan F. Garrett
Kathleen A. Fisher
Joseph M. McGroder
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
kfisher@gravesgarrett.com
jmcgroder@gravesgarrett.com

*Counsel for Defendant James Moore*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 26, 2017, a true and correct copy of the foregoing pleading was served via the Court's electronic online filing system, in accordance with the Federal Rules of Criminal Procedure, on the following counsel of record:

AUSA Nathan W. Hill
**Counsel for the Government**

Joseph T. Dixon
Fritz J. Scheller
**Counsel for Defendant Stephanie Lunde**

A. Brian Phillips
**Counsel for Defendant Eric Johnson**

Amy S. Tingley
Michael J. Snure
**Counsel for Defendant Helen Jones**

*/s/ Kathleen A. Fisher*
Counsel for Defendant James Moore