**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:17-cr-187-Orl-37TBS**

**JAMES MOORE**

| JUDGE: | Roy B. Dalton, Jr. | COUNSEL FOR GOVERNMENT: | Scott C Rask |
|---|---|---|---|
| DEPUTY CLERK: | Landon Countryman | | |
| COURT REPORTER: | Amie First<br>amiefirst.courtreporter@gmail.com | COUNSEL FOR DEFENDANT: | David M. Garvin |
| SCHEDULED DATE/TIME: | April 16, 2018<br>1:30 PM | INTERPRETER: | N/A |

## MINUTES

| | |
|---|---|
| 1:29 pm | Case called; appearances made by counsel. |
| | Court addresses concerns regarding restitution in this matter. |
| | Court directs Government to file brief regarding restitution – 14 days to file brief. |
| | Defendant is to respond to brief within 21 days of filing. |
| | Government makes argument as to appropriate sentence |
| | Victim M.R. addresses the court. |
| | Individuals J.M., B.M., and S.C. address the court in support of defendant. |
| | Defense counsel makes argument as to appropriate sentence. |
| | Defendant makes allocution. |
| | Court to take argument under advisement. Sentencing is continued until after the parties have filed the brief/response. |
| 2:39 pm | Sentencing continuation to be set by separate notice. Court adjourns. |
| | Total time in court: 1/10 |